THE PEOPLE, ex rel. ANTHONY S. WOODS, Appellant, *v.* THE BOARD OF POLICE COMMISSIONERS OF LONG ISLAND CITY, Respondent.

(Argued October 6, 1885 ; decided October 13, 1885.)

*William H. Secor* for appellant.

*Alvin T. Payne,* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JOHN J. NATHANS, Respondent, *v.* ANTHONY S. HOPE, JOHN SATTERLY, Surety etc., Appellant.

(Argued October 6, 1885 ; decided October 13, 1885.)

THIS was an appeal from an order of General Term, affirming an order of Special Term adjudging the appellant Satterly, who was surety on the undertaking given by defendant on appeal in this action, guilty of contempt in willfully and falsely stating in his affidavit to the undertaking that he was worth a sum specified over and above all indebtedness. The court here held that the evidence was insufficient to sustain the charge, and without considering other questions presented, reversed on that ground.

*T. C. Cronin* for appellant.

*Chauncey S. Truax* for respondent.

*Per Curiam* opinion for reversal of order of General and Special Terms and for denial of motion.
All concur.
Ordered accordingly.